# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H. | SOUTHERN DISTRICT OF GEORGIA | 06/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES SENIOR DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
P.O. BOX 2106
AUGUSTA, GEORGIA 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BOWEN, DUDLEY H. | 06/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. General Maritime New F | A | Dividend | J | T | | | | | |
| 3. Dynegy Inc | A | Dividend | J | T | | | | | |
| 4. Credit Suisse AG | A | Dividend | J | T | | | | | |
| 5. Sch Adv Cash Resrv Prem | A | Dividend | J | T | | | | | |
| 6. CHARLES SCHWAB | | | | | | | | | |
| 7. Ares Management LP | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 8. Ares Capital Corp | A | Dividend | J | T | | | | | |
| 9. Marathon Oil Corp (X) | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 10. ABN AMRO/VERDUS Gwth FD | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 11. Exxon Mobil Common Stk | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 12. DuPont EI De Nemour and Co Com | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 13. Wachovia Corp New | A | Dividend | J | T | | | | | |
| 14. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 15. ABN AMRO VERDX MCGFX Funds (Alleghany) | D | Dividend | M | T | | | | | |
| 16. EI Deupont Drip | A | Dividend | J | T | | | | | |
| 17. Ga Bk & Tr Mondey Mkt Market | | None | | | Closed | 11/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. South State Bank | A | Interest | J | T | | | | | |
| 19. TIAA CREF Large Cap Growth Inst Mutual Fund | A | Dividend | L | T | | | | | |
| 20. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 21. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 22. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 23. Atlantic Amer Com | | None | J | T | | | | | |
| 24. Regions Bank Savings | | None | J | T | | | | | |
| 25. CHARLES SCHWAB IRA#2 | | | | | | | | | |
| 26. IDII Stock | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 28. Brookfield Total Return | E | Dividend | K | T | | | | | |
| 29. Ares Capital Corp 1476 | A | Dividend | J | T | | | | | |
| 30. Brookfield Total Rtn 1476 | A | Dividend | J | T | | | | | |
| 31. Ares Management LP 1476 | A | Dividend | J | T | | | | | |
| 32. Ford Motor Company | B | Dividend | K | T | | | | | |
| 33. Marathon Oil Corporation | A | Dividend | J | T | | | | | |
| 34. Southern Company 1476 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackstone Group LP 1476 | A | Dividend | J | T | | | | | |
| 36. Enterprise Products 1476 | A | Dividend | J | T | | | | | |
| 37. CHARLES SCHWAB | | | | | | | | | |
| 38. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 39. Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 40. Motorola | A | Dividend | J | T | | | | | |
| 41. Lucent | A | Dividend | J | T | | | | | |
| 42. New Hampshire Department of Education | A | Dividend | J | T | | | | | |
| 43. New Hampshire Department of Education | A | Dividend | J | T | | | | | |
| 44. New Hampshire Higher Educational & Health Facility | A | Dividend | J | T | | | | | |
| 45. The Southern Company | A | Dividend | | | Sold | 07/06/18 | J | A | |
| 46. Ares Capital Corp (X) | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 47. Xerox | A | Dividend | J | T | | | | | |
| 48. General Motors | A | Dividend | J | T | | | | | |
| 49. Schwab Money Market | A | Interest | J | T | | | | | |
| 50. Gainesville GA | B | Interest | K | T | | | | | |
| 51. HD Supply Inc | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. HD Supply Inc | A | Interest | J | T | | | | | |
| 53. Morgan Stanley Bank NA | C | Interest | K | T | | | | | |
| 54. Kansas INDPT COL | A | Interest | K | T | | | | | |
| 55. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 56. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 57. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 58. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 59. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |
| 60. TRUST CHARLES SCHWAB | | | | | | | | | |
| 61. Willis Group Holdings | A | Dividend | | | Sold | 12/03/18 | K | A | |
| 62. T Rowe Price Spectrum | A | Dividend | | | Sold | 12/03/18 | J | A | |
| 63. CHARLES SCHWAB IRA #3 | | | | | | | | | |
| 64. Schwab Adv Cash Reserve | D | Dividend | J | T | | | | | |
| 65. Invesco Mtg Cap Reit | A | Dividend | J | T | | | | | |
| 66. Ares Management LP | A | Dividend | J | T | | | | | |
| 67. Ares Management LP | A | Dividend | J | T | | | | | |
| 68. Ares Management LP | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Charles Schwab & Company Inc | B | Interest | J | T | | | | | |
| 70. CHARLES SCHWAB IRA | | | | | | | | | |
| 71. Southern Company | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 72. Ares Capital Corp | A | Dividend | | | Buy | 01/02/18 | K | | |
| 73. Ares Capital Corp | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 74. Blackrock Mun Bond | A | Dividend | J | T | Buy | 06/05/18 | L | | |
| 75. Blackrock Mun Bond | A | Dividend | | | Sold | 07/10/18 | K | A | |
| 76. Barrick Gold Corp | A | Dividend | | | Buy | 01/08/18 | J | | |
| 77. Barrick Gold Corp | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 78. Southern Company | A | Dividend | | | Buy | 01/10/18 | J | | |
| 79. Southern Company | A | Dividend | | | Sold | 07/06/18 | J | B | |
| 80. Corporate Capital Tru | A | Dividend | | | Buy | 01/12/18 | K | | |
| 81. Corporate Capital Tru | A | Dividend | | | Sold | 05/29/18 | K | A | |
| 82. Ford Motor Co | A | Dividend | | | Buy | 12/03/18 | K | | |
| 83. Ford Motor Co | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 84. Range Resources Corp | A | Dividend | | | Buy | 01/02/18 | K | | |
| 85. Range Resources Corp | A | Dividend | | | Sold | 01/18/18 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Vaneck Vectors CEF | A | Dividend | | | Buy | 09/27/18 | K | | |
| 87. Vaneck Vectors CEF | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 88. Blackstone Group | A | Dividend | | | Buy | 01/01/18 | K | | |
| 89. Blackstone Group | A | Dividend | | | Sold | 01/30/18 | K | C | |
| 90. Compass Diversified | A | Dividend | | | Buy | 01/19/18 | K | | |
| 91. Compass Diversified | A | Dividend | | | Sold | 05/17/18 | K | A | |
| 92. Nokia Corp Spon | A | Dividend | | | Buy | 01/01/18 | J | | |
| 93. Nokia Corp Spon | A | Dividend | | | Sold | 01/19/18 | J | A | |
| 94. Transocean Inc New | A | Dividend | J | T | | | | | |
| 95. Pengrowth Energy Corp | A | Dividend | K | T | | | | | |
| 96. General Electric Company | A | Dividend | J | T | | | | | |
| 97. General Electric Company | A | Dividend | J | T | | | | | |
| 98. Coca Cola | A | Dividend | | | Sold | 11/08/18 | J | A | |
| 99. Southern Company | A | Dividend | | | Sold | 08/07/18 | L | C | |
| 100. Pengrowth Energy Co | A | Dividend | J | T | | | | | |
| 101. Ares Capital Corp | A | Dividend | | | Sold | 05/29/18 | K | B | |
| 102. Ford Motor Company | A | Dividend | | | Sold | 12/20/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Marathon Oil Company | A | Dividend | | | Sold | 05/07/18 | J | A | |
| 104.  Noble Corp PLC | A | Dividend | J | T | | | | | |
| 105.  Pennantpark CAP LTD | A | Dividend | | | Sold | 05/17/18 | J | A | |
| 106.  Enterprise Products | B | Dividend | K | T | | | | | |
| 107.  Invesco MTG CAP | B | Dividend | | | Sold | 07/09/18 | J | A | |
| 108.  Charles Schwab & Co Inc Interest | A | Interest | J | T | | | | | |
| 109.  Charles Schwab & Co Inc Cash Dividend | D | Dividend | J | T | | | | | |
| 110.  TD Ameritrade Clearing Inc Cash Account | A | Interest | J | T | | | | | |
| 111.  TD Ameritrade Clearing Inc X Dividend | A | Dividend | J | T | | | | | |
| 112.  Bank of Dudley/Dublin GA | A | Interest | J | T | | | | | |
| 113.  Metlife/Computer Share | A | Dividend | J | T | | | | | |
| 114.  Charles Schwab & Company 1476 | A | Interest | J | T | | | | | |
| 115.  Charles Schwab & Company Cash Dividend 1476 | E | Dividend | K | T | | | | | |
| 116.  Charles Schwab & Company Cash Dividend 7910 | A | Dividend | J | T | | | | | |
| 117.  Charles Schwab & Company Inc Interest 7910 | A | Interest | J | T | | | | | |
| 118.  Oaktree Capital Group LLC Real Estate Mortgage Inv Condu | A | Interest | J | T | | | | | |
| 119.  Compass Diversified Holdings LLC (Publicly Traded Partnership) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Oaktree LLC Interest (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 121. Puerto Rico Electric Power Authority (Accrued Market Discounts) | A | Interest | J | T | | | | | |
| 122. Puerto Rico Industrial Tourist Educational (Accrued Market Discount) | A | Interest | J | T | | | | | |
| 123. Boise City Idaho HSG Authority (Accrued Market Discount) | A | Interest | J | T | | | | | |
| 124. Nuveen Divid Advantage | A | Dividend | | | Buy | 01/29/18 | J | | |
| 125. Nuveen Divid Advantage | A | Dividend | | | Sold | 05/25/18 | J | A | |
| 126. Ford Motor Co | A | Dividend | | | Buy | 01/01/18 | J | | |
| 127. Ford Motor Co | A | Dividend | | | Sold | 06/11/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544